```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   HOT SPRINGS DIVISION
```

DOUGLAS M. CLENNEY, JR.                              PETITIONER

    V.                    Civil No. 06-6081

LARRY NORRIS, Director,
Arkansas Department of Correction                    RESPONDENT

## O R D E R

On this 2nd day of August 2007, there comes on for consideration the report and recommendation filed in this case on June 27, 2007, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 9.) Petitioner has filed written objections to the report and recommendation. (Doc. 12.)

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's 28 U.S.C. § 2254 petition is hereby DENIED as untimely and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                      /s/ Robert T. Dawson
                                      Honorable Robert T. Dawson
                                      United States District Judge